DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICK FRATI,**
Appellant,

v.

**MARY ESTHER SCANLAN,**
Appellee.

No. 4D18-3674

[November 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joseph Murphy III, Senior Judge; L.T. Case No. DVCE 18-006552.

Gustavo E. Frances of The Law Office of Gustavo E. Frances, P.A., Fort Lauderdale, for appellant.

Maria Lescano of Maria Lescano, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***